```
1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KOSUKE OKAMURA, and his father YOSHIMASA OKAMURA,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director of United States Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigations; CHRISTINA POULOS, Acting Director of the California Service Center,<br><br>Defendants. | No. C 05-04991 JW HRL<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE; AND** [PROPOSED] **ORDER** |

Plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice in light of the fact that the adjustment of status application filed by plaintiffs has been adjudicated.

Each of the parties shall bear their own costs and fees.

Stip. to Dismiss
C05-4991 JW

Dated: April 4, 2006              Respectfully submitted,

                                  KEVIN V. RYAN
                                  United States Attorney


                                  _____/s/_____
                                  EDWARD A. OLSEN
                                  Assistant United States Attorney


Date: April 5, 2006               _____/s/_____
                                  TRICIA WANG
                                  Attorney for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 04/25/06                    _____
                                  JAMES WARE
                                  United States District Judge


Stip. to Dismiss
C05-4991 JW